ACCEPTED
01-14-00680-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/24/2014 3:09:29 PM
CHRISTOPHER PRINE
CLERK

Cause No. 01-14-00680-CV

| | | |
|---|---|---|
| Elizabeth Copeland, | § | In the Court of Appeals |
| Appellant, | § | |
| | § | FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS |
| —versus— | § | First Court of Appeals District |
| | § | 12/29/2014 8:00:00 AM
CHRISTOPHER A. PRINE
Clerk |
| Barry Copeland, | § | |
| Appellee. | § | Houston, Texas |

**UNOPPOSED THIRD MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF APPELLANT**

TO THE HONORABLE JUSTICES OF SAID COURT:

NOW COMES Appellant Elizabeth Copeland, and respectfully requests that this Court extend the deadline to file the Brief of Appellant by thirty days, and would respectfully show the Court as follows:

### A. Factual and Procedural History

1. The case is on appeal from the 311th and 312th Judicial District Courts, Harris County, Texas.

2. The style and number of the case in the trial court was *In the Matter of the Marriage of Barry L. Copeland and Elizabeth Copeland, and in the Interest of […], Minor Children*, Harris County District Court Cause No. 2012-39055.

3. This is an appeal from a Final Decree of Divorce rendered after an arbitration proceeding.

4. The present deadline for Appellant to file her brief in this case is January 5, 2015.

5. Appellant requests a thirty day extension of this deadline.

### B. Argument and Authorities

6. This Court has the authority to grant a motion to extend the deadline to file a party's brief under Texas Rule of Appellate Procedure 10.5(b).

7. Appellant seeks an extension of time of thirty (30) days—until February 4, 2015—to file her brief.

8. Appellant needs additional time to file her Brief of Appellant because both of her appellate lawyers have filed a motion to withdraw as her counsel.

9. This is the third motion for extension of time filed in this matter.

10. This request for relief is unopposed by Appellee Barry L. Copeland, Jr.

## C. Conclusion and Prayer

11. For the foregoing reasons, Appellant Elizabeth Copeland, respectfully requests that this Court grant her grant her Unopposed Motion for Extension of Time to File Brief of Appellant, and extend that deadline for thirty (30) days—until February 4, 2015.

Respectfully submitted,

*/s/ Beth Watkins*
Beth Watkins
State Bar No. 24037675
Law Office of Beth Watkins
926 Chulie Drive
San Antonio, Texas 78216
(210) 225-6666—phone
(210) 225-2300—fax
Beth.Watkins@WatkinsAppeals.com


**BRAGG LAW PC**

*/s/ Melanie Bragg*
**MELANIE BRAGG**
1177 West Loop South, Suite 700
Houston, Texas 77027
(713) 581-7186
(713) 759-9650 Fax
Email: Melanie@bragglawpc.com
State Bar No. 02859200

COUNSEL FOR APPELLANT
ELIZABETH COPELAND

2

## CERTIFICATE OF CONFERENCE

I hereby certify that on December 23, 2014, I e-mailed a copy of this motion to Joan Jenkins, counsel for Appellee Barry L. Copeland, Jr., and Sallee Smythe, who the undersigned counsel is informed will enter an appearance as counsel for Appellee Barry L. Copeland, Jr. On December 23, 2014, Ms. Smythe responded that, on behalf of her client, she was unopposed to the substance of this motion.

        */s/ Beth Watkins*
        Beth Watkins


## CERTIFICATE OF SERVICE

I hereby certify that on December 24, 2014, a true and correct copy of the foregoing Appearance of Counsel was electronically served on the following counsel of record:

Ms. Joan Foote Jenkins
JENKINS & KAMIN LLP
Two Greenway Plaza Suite 600
Houston, Texas 77046
jjenkins@jenkinskamin.com

Counsel for Appellee Barry Copeland

Sallee Smythe
SALLEE S. SMYTH, ATTORNEY AT LAW
800 Jackson St
Richmond, TX 77469
smyth.sallee@gmail.com

Prospective Counsel for Appellee Barry Copeland


Ms. Elizabeth Copeland          via electronic service
8827 Vista Springs          via certified mail, return receipt requested
Spring, Texas 77379          via USPS first-class mail
elizabethpaytekendrick@gmail.com

Ms. Elizabeth Copeland          via certified mail, return receipt requested
14655 Champion Forest Drive, Suite 1803      via USPS first-class mail
Houston, Texas 77069

        */s/ Beth Watkins*
        Beth Watkins